JS 45 (01/2008)  **REDACTED**

Criminal Case Cover Sheet                                                                          U.S. District Court

**Place of Offense:**          Under Seal: Yes __ X__ No ____    Judge Assigned: Leonie M. Brinkema
City     Arlington            Superseding Indictment ____        Criminal Number: 1:23-CR-146
County/Parish ____            Same Defendant ____                 New Defendant    X
                              Magistrate Judge Case Number ____   Arraignment Date: ____
                              Search Warrant Case Number ____
                              R 20/R 40 from District of ____
                              Related Case Name and No:  1:23-CR-38

1:23-Defendant Information:

Juvenile — Yes ___ No X  FBI # ____
Defendant Name: Mark Alan Black        Alias Name(s): Gee, Markus Gee
Address: Arlington, VA 22207
Employment: ____
Birth date 1973    SS# ____    Sex M Def Race ____    Nationality U.S. Citizen    Place of Birth ____
Height ____  Weight ____  Hair ____  Eyes ____    Scars/Tattoos ____

   Interpreter: X  No ___ Yes  List language and/or dialect: ____   Automobile Description ____
Location Status:
Arrest Date ____
___ Already in Federal Custody as of ____
___ Already in State Custody      ___ On Pretrial Release      X  Not in Custody
X  Arrest Warrant Requested        ___ Fugitive                ___ Summons Requested
___ Arrest Warrant Pending         ___ Detention Sought        ___ Bond
Defense Counsel Information:

Name:    Cary Citronberg
         Johnson/Citronberg, P.L.L.C.        ___ Court Appointed    Counsel conflicted out: Lisa Call, Brittany Davidson, Nancy Rosenfeld.
         421 King Street,
Address: Alexandria, VA 22314                X  Retained
Telephone: 703-684-8000                      ___ Public Defender    Federal Public Defender's Office conflicted out:

U.S. Attorney Information:

AUSA  McKenzie Hightower    Telephone No: (703) 299-3700        Bar # ____
Complainant Agency, Address & Phone Number or Person & Title:
FBI SA Kathleen Callaway, 703-686-6190

U.S.C. Citations:

|       | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|-------|---|---|---|---|
| Set 1 | 18 U.S.C. § 2251(a) and (e) | Conspiracy to Produce Child Pornography | 1 | Felony |
| Set 2 | 18 U.S.C. § 2251(a) and (e) | Production of Child Pornography | 2 | Felony |
| Set 3 | 18 U.S.C. § 2251(d) and (e) | Conspiracy to Advertise Child Pornography | 3 | Felony |

(May be continued on reverse)

Date: September 11, 2023    Signature of AUSA: *McKenzie Hightower*

JS 45 (07/2005) Reverse

**District Court Case Number (To be filled by deputy clerk):** _____

U.S.C. Citations (continued)

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 4 | 18 U.S.C. § 2252(a)(2) & (b)(1) | Distribution of Child Pornography | 4 |
| Set 5 | 18 U.S.C. §§ 2252(a)(2) and (b)(1), | Receipt of Child Pornography | 5 |
| Set 6 | 18 U.S.C. § 2252(a)(4)(B) | Possession of Child Pornography | 6 |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |
| Set 16 | | | |
| Set 17 | | | |
| Set 18 | | | |
| Set 19 | | | |
| Set 20 | | | |
| Set 21 | | | |
| Set 22 | | | |
| Set 23 | | | |
| Set 24 | | | |
| Set 25 | | | |
| Set 26 | | | |
| Set 27 | | | |
| Set 28 | | | |
| Set 29 | | | |
| Set 30 | | | |
| Set 31 | | | |