| | |
|---|---|
| | Type of Hearing: Detention Hearing |
| | Case number: 1:23-cr-146 |
| | Magistrate Judge: John F. Anderson |
| | Date: 9/18/2023 Time: 2:00pm |
| | Tape: FTR/501 |

Eastern District of Virginia
United States of America

VS.
Mark Alan Black

Appearance of Counsel for:
United States: Kaylynn Foulon
Defendant: Cary Citronberg            Duty AFPD:

☐ Appearance of Interpreter:
Name:            Language:

☐ Court to appoint counsel: ☐ FPD ☐ CJA ☐ Conflict List
☐ Deft to retain counsel        ☐ Counsel to be reappointed
☐ Rule 5 advisement
☐ Counsel for the parties and the defendant were orally advised of the disclosure obligations set forth in Brady v. Maryland, 373 U.S. 83 (1963) and its progeny.
☐ Deft failed to appear - Warrant to be issued upon PC statement
☐ Plea entered / Court accepts the plea
☐ Case dismissed without prejudice
☐ Deft informed of violation(s)
☐ Deft denies probable cause as to the violation(s)
☐ Deft does not contest probable cause as to the violation(s)
☐ Court finds probable cause as to the violation(s)
☒ Govt adduced evidence and rests
☐ Preliminary Hearing waived / ☐ Court finds probable cause
☒ Govt seeking detention: ☒ Granted ☐ Denied / ☐ Govt is not seeking detention
☐ Counsel for Deft seeking release / ☐ Counsel for Deft not seeking release at this time
☐ Deft recognized to appear at further proceedings
☐ Matter set to be heard before the District/Sentencing Judge
☐ Matter continued for further proceedings before the Grand Jury
☐ Deft released on PR bond with conditions / ☐ Deft continued on PR bond
☐ Deft continued on conditions of supervised release
☒ Deft remanded

Next court date: 9/19/2023        Time: 9:00am    Type of Hearing: Arraignment    Judge: LMB