

## Discord Sanctuary Server

### General Chat Channel

| USER/DATE OF POST | MESSAGE[1] |
|---|---|
| Gnomeme#0679<br>January 17, 2019 | Since we've added some folks, it probably bears outlining why we have created yet another server. I'll take a stab at it. |
| Gnomeme#0679<br>January 17, 2019 | The Cooperation server was established with the goal of uniting boys in search of smoothies. The purpose was to work together to secure these and, as the number of pervs and BMers increased, lead girls to safe, fun spaces with boys they liked and trusted. |

### Reception Channel:

| USER/DATE OF POST | MESSAGE |
|---|---|
| Gnomeme#0679<br>July 31, 2019 | Welcome I'm "no standards just options" ... never under 9, except for my 7 and 8 yo gfs |
| Gnomeme#0679<br>November 19, 2019 | Back from work and ready for introductions. Globalist, who likes all flavors (chocolate, caramel, lemon, vanilla, and whatever else there is) with a taste for 10-12, but flexible on the lower bound to... welp ... speech and the upper bound to legality. Enjoy the company of explorers - and hate coercion in all forms (to a fault). Not active on onion things but have poked in (and grabbed caps of girls talking to me). Remember seeing mag scans (LL series) with dial up Internet. |

### Direct Messages between Users FeelingBleu#9596 and Gnomeme#0679:

| USER/DATE OF POST | MESSAGE |
|---|---|
| Gnomeme#0679<br>June 19, 2019 12:41 AM | I don't care about the 3 black girls I've made rob one out in the last 24 hours because that's easy. [MV1] is a grail. |
| FeelingBleu#9596<br>June 19, 2019 12:41 AM | absolutely |
| FeelingBleu#9596<br>June 19, 2019 12:41 AM | getting a girl to show is one thing and the excitement dies quickly |
| FeelingBleu#9596<br>June 19, 2019 12:42 AM | getting a girl to show who you've spent time developing a connection with lasts for a loooong time |
| Gnomeme#0679<br>July 23, 2019 03:07 PM | She thinks we've been dating for a month. I need [MV1] back in town and I need some good boys to go after [MV1]. |
| FeelingBleu#9596<br>July 23, 2019 03:08 PM | [MV1] did say no nudes until at least a month |
| Gnomeme#0679<br>July 23, 2019 03:09 PM | Yes. But she's gets more innuendo and dirty talk. She's actually 12, not 10/11. And she subtly pushes Summer. |
| FeelingBleu#9596 | Yeah |

---

[1] The messages are exactly as they appear in the information returned from Discord.

| | |
|---|---|
| July 23, 2019 03:09 PM | |
| FeelingBleu#9596 | Still cant believe shes 12 |
| July 23, 2019 03:09 PM | |
| **Gnomeme#0679** | Ikr. But when you chat with her, she totally is. |
| July 23, 2019 03:13 PM | |

### Skype audio transcription:

"Here it is, Friday night, and daddy just wants to come home from work, have a cocktail, dress his little girl up in a cute little dress. Set her on his lap. Slide his hand inside her diaper and play with her princess part. Start kissing her on the neck and rubbing her little nipples through her dress. Oh fuck I bet you can feel daddies cock against your ass. You know what daddy wants princess. Its time to turn around and put your face in daddy's lap and let him undo his pants so his daddy parts flops out into your face and you can put your little lips around it. Be a good little sissy for daddy and make the milk come out. You know what to do. Make daddy's Friday better."

# Snapchat

**GOVERNMENT EXHIBIT 3**

| Application information | |
|---|---|
| Identifier | com.toyopagroup.picaboo |
| User data | 4466 |
| Passwords | Yes |
| Version | 12.32.0.40 |
| Container Type | Bundle/Application |
| Container | /private/var/mobile/Containers/Data/Application/E3D96D31-D339-4FEE-BB2D-5A630055C767 |
| Purchase date | 07/08/2018 09:11:19 AM (UTC-4) |
| Apple ID | markalanblack@gmail.com |
| Genre | Photo & Video |
| Copyright | Snap, Inc. |

## Chats\Private (135)

| # | Categories | Source | Direction | Remote party ID | Remote party | Time stamp (New York) | Content | System message | Message ID | Source |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Rachael | Chats\Private | Incoming message | rachael_estep20 | Rachael | 4/13/2023 9:56:43 PM | you should've | COMMITTED | 62848 | /private/var/mobile/Containers/Data/Application/E3 5A630055C767/Documents/user_scoped/f253092f6 4bb02bd1430cefbf6/arroyo/arroyo.db |
| 2 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 4/11/2023 9:08:25 PM | I should have sent one to your hotel | COMMITTED | 62275 | /private/var/mobile/Containers/Data/Application/E3 5A630055C767/Documents/user_scoped/f253092f6 4bb02bd1430cefbf6/arroyo/arroyo.db |
| 3 | Rachael | Chats\Private | Incoming message | rachael_estep20 | Rachael | 4/1/2023 4:56:17 PM | my cashapp is rachaelestep20 | COMMITTED | 57801 | /private/var/mobile/Containers/Data/Application/E3 5A630055C767/Documents/user_scoped/f253092f6 4bb02bd1430cefbf6/arroyo/arroyo.db |
| 4 | Rachael | Chats\Private | Incoming message | rachael_estep20 | Rachael | 3/23/2023 1:53:15 PM | 1:859937f7-f9a9-511b-bb23-e2b9ccdb7d1a:1654:0:0 | COMMITTED | 53445 | /private/var/mobile/Containers/Data/Application/E3 5A630055C767/Documents/user_scoped/f253092f6 4bb02bd1430cefbf6/arroyo/arroyo.db |
| 5 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 1/22/2023 11:10:34 AM | BE598B35-8EBB-4DB6-BD39-5C477B4E41B6 | COMMITTED | 37324 | /private/var/mobile/Containers/Data/Application/E3 5A630055C767/Documents/user_scoped/f253092f6 4bb02bd1430cefbf6/arroyo/arroyo.db |
| 6 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 1/22/2023 11:06:39 AM | E263B505-2C77-4021-8F28-0B8C736ED11A | COMMITTED | 37323 | /private/var/mobile/Containers/Data/Application/E3 5A630055C767/Documents/user_scoped/f253092f6 4bb02bd1430cefbf6/arroyo/arroyo.db |
| 7 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 1/21/2023 12:26:23 PM | Waking up with my dick still inside my little girl's soggy little puss 😊 | COMMITTED | 36933 | /private/var/mobile/Containers/Data/Application/E3 5A630055C767/Documents/user_scoped/f253092f6 4bb02bd1430cefbf6/arroyo/arroyo.db |
| 8 | Rachael | Chats\Private | Incoming message | rachael_estep20 | Rachael | 1/21/2023 10:23:11 AM | mmmm | COMMITTED | 36928 | /private/var/mobile/Containers/Data/Application/E3 5A630055C767/Documents/user_scoped/f253092f6 4bb02bd1430cefbf6/arroyo/arroyo.db |
| 9 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 1/21/2023 10:22:53 AM | Was a little drunk last night and 🍆 would have come into your room and taken advantage of you | COMMITTED | 36881 | /private/var/mobile/Containers/Data/Application/E3 5A630055C767/Documents/user_scoped/f253092f6 4bb02bd1430cefbf6/arroyo/arroyo.db |
| 10 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 1/18/2023 9:03:15 PM | 0E113FEB-446E-4D17-A257-EDDD6AEEDAE5 | COMMITTED | 35971 | /private/var/mobile/Containers/Data/Application/E3 5A630055C767/Documents/user_scoped/f253092f6 4bb02bd1430cefbf6/arroyo/arroyo.db |
| 11 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 1/17/2023 10:35:38 PM | B559CB87-F6C7-49AE-BFDF-BC813872302D | COMMITTED | 35600 | /private/var/mobile/Containers/Data/Application/E3 5A630055C767/Documents/user_scoped/f253092f6 4bb02bd1430cefbf6/arroyo/arroyo.db |
| 12 | Rachael | Chats\Private | Incoming message | rachael_estep20 | Rachael | 1/17/2023 10:34:55 PM | 1:859937f7-f9a9-511b-bb23-e2b9ccdb7d1a:1443:0:0 | COMMITTED | 35599 | /private/var/mobile/Containers/Data/Application/E3 5A630055C767/Documents/user_scoped/f253092f6 4bb02bd1430cefbf6/arroyo/arroyo.db |
| 13 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 1/17/2023 10:21:26 PM | E064808F-3C9C-4CCF-A898-78920406D9C7 | COMMITTED | 35598 | /private/var/mobile/Containers/Data/Application/E3 5A630055C767/Documents/user_scoped/f253092f6 4bb02bd1430cefbf6/arroyo/arroyo.db |
| 14 | Rachael | Chats\Private | Incoming message | rachael_estep20 | Rachael | 1/17/2023 10:19:22 PM | 1:859937f7-f9a9-511b-bb23-e2b9ccdb7d1a:1441:0:0 | COMMITTED | 35597 | /private/var/mobile/Containers/Data/Application/E3 5A630055C767/Documents/user_scoped/f253092f6 4bb02bd1430cefbf6/arroyo/arroyo.db |
| 15 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 1/17/2023 10:18:33 PM | 3DF9E380-C1E9-4144-9FB2-6E4928156DE9 | COMMITTED | 35596 | /private/var/mobile/Containers/Data/Application/E3 5A630055C767/Documents/user_scoped/f253092f6 4bb02bd1430cefbf6/arroyo/arroyo.db |
| 16 | Rachael | Chats\Private | Incoming message | rachael_estep20 | Rachael | 1/17/2023 10:17:32 PM | 1:859937f7-f9a9-511b-bb23-e2b9ccdb7d1a:1439:0:0 | COMMITTED | 35595 | /private/var/mobile/Containers/Data/Application/E3 5A630055C767/Documents/user_scoped/f253092f6 4bb02bd1430cefbf6/arroyo/arroyo.db |
| 17 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 1/17/2023 10:16:25 PM | 809F98D0-EDBA-4408-9EE7-80D8B948E9F6 | COMMITTED | 35594 | /private/var/mobile/Containers/Data/Application/E3 5A630055C767/Documents/user_scoped/f253092f6 4bb02bd1430cefbf6/arroyo/arroyo.db |
| 18 | Rachael | Chats\Private | Incoming message | rachael_estep20 | Rachael | 1/17/2023 10:15:50 PM | 1:859937f7-f9a9-511b-bb23-e2b9ccdb7d1a:1437:0:0 | COMMITTED | 35593 | /private/var/mobile/Containers/Data/Application/E3 5A630055C767/Documents/user_scoped/f253092f6 4bb02bd1430cefbf6/arroyo/arroyo.db |
| 19 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 1/17/2023 10:15:06 PM | 81EC1AC9-1FC4-41E0-86B0-6FD01E37BB94 | COMMITTED | 35591 | /private/var/mobile/Containers/Data/Application/E3 5A630055C767/Documents/user_scoped/f253092f6 4bb02bd1430cefbf6/arroyo/arroyo.db |
| 20 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 1/17/2023 10:12:06 PM | E0930966-879C-49E7-A3FD-AED048C90B29 | COMMITTED | 35589 | /private/var/mobile/Containers/Data/Application/E3 5A630055C767/Documents/user_scoped/f253092f6 4bb02bd1430cefbf6/arroyo/arroyo.db |
| 21 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 1/11/2023 11:36:49 PM | MARKISNVA~7D3F4AE2-960E-4C8F-B0E5-346F1A0AF6B7 | COMMITTED | 32832 | /private/var/mobile/Containers/Data/Application/E3 5A630055C767/Documents/user_scoped/f253092f6 4bb02bd1430cefbf6/arroyo/arroyo.db |
| 22 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 1/2/2023 6:42:37 PM | I wanna put you on that table, spread your legs, eat that chubby little pussy, | COMMITTED | 29316 | /private/var/mobile/Containers/Data/Application/E3 5A630055C767/Documents/user_scoped/f253092f6 4bb02bd1430cefbf6/arroyo/arroyo.db |

| # | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | and then pull you to the end and rail you until my cum is leaking out | | | | |
| 23 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 1/2/2023 2:50:43 PM | 3A8A5C8E-79C8-4AE1-AF7C-2A28C877AF47 | COMMITTED | 29248 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 24 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/31/2022 5:04:01 PM | MARKISNVA~A8DB5030-F224-49CA-9B91-AA5836778787 | COMMITTED | 28290 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 25 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/31/2022 12:42:30 PM | MARKISNVA~7439E5B1-3F03-4970-9A16-D620DA422A69 | COMMITTED | 28037 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 26 | Rachael | Chats\Private | Incoming message | rachael_estep20 | Rachael | 12/30/2022 9:13:44 PM | oQw5upVmVN4pdRH21miJ8 | COMMITTED | 27648 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 27 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/30/2022 5:12:48 PM | MARKISNVA~CB2ACAE3-CCD8-4378-94F8-A7287920ADAD | COMMITTED | 27419 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 28 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/30/2022 5:06:27 PM | MARKISNVA~95DFE5C3-A69F-414C-8F44-26BA414A4670 | COMMITTED | 27409 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 29 | Rachael | Chats\Private | Incoming message | rachael_estep20 | Rachael | 12/30/2022 4:55:52 PM | 1:859937f7-f9a9-511b-bb23-e2b9ccdb7d1a:1183:0:0 | COMMITTED | 27403 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 30 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/30/2022 4:55:29 PM | 2366C8EA-6826-46C3-8E6A-FC52B781DEC9 | COMMITTED | 27402 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 31 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/30/2022 4:53:05 PM | 3BFC5AE8-4E78-43E2-A103-5BFAB1E5C018 | COMMITTED | 27400 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 32 | Rachael | Chats\Private | Incoming message | rachael_estep20 | Rachael | 12/30/2022 4:52:24 PM | 1:859937f7-f9a9-511b-bb23-e2b9ccdb7d1a:1179:0:0 | COMMITTED | 27399 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 33 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/30/2022 4:51:51 PM | B1F3E02A-A43F-4CAF-9FD8-95C56CF69B3D | COMMITTED | 27398 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 34 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/30/2022 4:50:52 PM | 8BE628FF-8018-4168-BD6E-492F01C5B811 | COMMITTED | 27396 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 35 | Rachael | Chats\Private | Incoming message | rachael_estep20 | Rachael | 12/30/2022 4:44:11 PM | i can't listen to them m | COMMITTED | 27328 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 36 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/30/2022 4:41:57 PM | 37BCA2D3-0B37-41B4-A4C1-CCD4C79A8115 | COMMITTED | 27272 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 37 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/30/2022 4:38:03 PM | 4A352250-7CB6-4C76-92A0-84D061B63D06 | COMMITTED | 27271 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 38 | Rachael | Chats\Private | Incoming message | rachael_estep20 | Rachael | 12/30/2022 4:34:45 PM | 1:859937f7-f9a9-511b-bb23-e2b9ccdb7d1a:1164:0:0 | COMMITTED | 27270 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 39 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/30/2022 4:32:55 PM | 3C23AAFB-B510-4348-BB95-A49229C43F93 | COMMITTED | 27269 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 40 | Rachael | Chats\Private | Incoming message | rachael_estep20 | Rachael | 12/30/2022 4:29:40 PM | 1:859937f7-f9a9-511b-bb23-e2b9ccdb7d1a:1162:0:0 | COMMITTED | 27268 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 41 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/30/2022 4:28:28 PM | 261F3C66-B28B-4716-869A-CA1D742CEDC3 | COMMITTED | 27267 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 42 | Rachael | Chats\Private | Incoming message | rachael_estep20 | Rachael | 12/30/2022 4:23:35 PM | 1:859937f7-f9a9-511b-bb23-e2b9ccdb7d1a:1160:0:0 | COMMITTED | 27266 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 43 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/30/2022 4:22:38 PM | 406D8696-D834-4890-920A-19E7343459FC | COMMITTED | 27265 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 44 | Rachael | Chats\Private | Incoming message | rachael_estep20 | Rachael | 12/30/2022 4:20:52 PM | 1:859937f7-f9a9-511b-bb23-e2b9ccdb7d1a:1158:0:0 | COMMITTED | 27264 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 45 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/30/2022 4:19:34 PM | 24499D3F-0149-447C-BCC8-DA0FDCAD1381 | COMMITTED | 27229 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 46 | Rachael | Chats\Private | Incoming message | rachael_estep20 | Rachael | 12/30/2022 4:18:01 PM | 1:859937f7-f9a9-511b-bb23-e2b9ccdb7d1a:1156:0:0 | COMMITTED | 27228 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 47 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/30/2022 4:17:36 PM | AC9AFFAF-89FD-4FBD-B3F6-9D96C6CE38E0 | COMMITTED | 27227 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 48 | Rachael | Chats\Private | Incoming message | rachael_estep20 | Rachael | 12/30/2022 4:17:08 PM | 1:859937f7-f9a9-511b-bb23-e2b9ccdb7d1a:1154:0:0 | COMMITTED | 27226 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 49 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/30/2022 4:16:11 PM | 10F289D1-0E07-4ACF-A934-5E4663812681 | COMMITTED | 27224 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 50 | Rachael | Chats\Private | Incoming message | rachael_estep20 | Rachael | 12/30/2022 4:09:50 PM | 1:859937f7-f9a9-511b-bb23-e2b9ccdb7d1a:1147:0:0 | COMMITTED | 27219 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 51 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/30/2022 4:09:14 PM | 9C8C909F-C1A3-4DCB-A7F6-7A41EA546CBC | COMMITTED | 27218 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 52 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/30/2022 4:03:33 PM | BE3BC1B9-997C-45B0-A1AF-18B89E88BD02 | COMMITTED | 27214 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f6 |

| # | Name | Folder | Direction | Username | Display | Timestamp | Content | Status | ID | Path |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 4bb02bd1430cefbf6/arroyo/arroyo.db | | | |
| 53 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/30/2022 4:02:09 PM | 49F3C2F7-DC95-4D74-89E7-D044D24E7EE2 | COMMITTED | 27212 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 54 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/30/2022 4:00:06 PM | 0A1FDE6A-5A68-4E5E-871B-E56F6F8AA268 | COMMITTED | 27208 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 55 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/30/2022 3:02:33 PM | 78980255-CA54-40BA-9A9E-67703A0E6AF5 | COMMITTED | 27154 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 56 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/30/2022 3:00:00 PM | 84E6F80C-2790-4D32-939B-9CD17014A8F8 | COMMITTED | 27151 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 57 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/30/2022 2:56:49 PM | 5F441C0B-72C2-4256-8070-B36730E3E84C | COMMITTED | 27150 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 58 | Rachael | Chats\Private | Incoming message | rachael_estep20 | Rachael | 12/29/2022 11:17:47 PM | come over then | COMMITTED | 27011 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 59 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/29/2022 11:17:31 PM | Daddy's ready for your mouth | COMMITTED | 27010 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 60 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/29/2022 9:50:52 PM | ♥ | COMMITTED | 26945 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 61 | Rachael | Chats\Private | Incoming message | rachael_estep20 | Rachael | 12/29/2022 8:40:45 PM | ofc daddy | COMMITTED | 26944 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 62 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/29/2022 7:18:06 PM | Nice! Can we sneak into the school hallways and do it in a classroom in the middle of the game? | COMMITTED | 26881 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 63 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/29/2022 5:52:18 PM | I want to go shopping with you - and sneak my hand in your pants every chance I get to finger your pussy. Tasting you on my finger as we walk through the store. Maybe let the cashier get a sniff of my hand. | COMMITTED | 26816 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 64 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/29/2022 5:03:58 PM | MARKISNVA~20434CF0-238D-47A0-8263-A17B2FAB8001 | COMMITTED | 26753 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 65 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/25/2022 8:31:32 PM | MARKISNVA~9E4A39DD-911F-41A5-B678-8D452CB227CA | COMMITTED | 25088 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 66 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/25/2022 2:07:44 AM | AF9094FB-7443-4CCF-96ED-7FB77454E64F | COMMITTED | 24640 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 67 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/25/2022 1:46:41 AM | It's perfect sweetheart | COMMITTED | 24577 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 68 | Rachael | Chats\Private | Incoming message | rachael_estep20 | Rachael | 12/24/2022 10:58:10 PM | are you sure my age is ok daddy | COMMITTED | 24576 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 69 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/24/2022 1:48:17 PM | MARKISNVA~EDD8CEDB-29B0-44AD-A62B-C3BF5386810D | COMMITTED | 23877 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 70 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/21/2022 4:28:36 PM | 00CE6856-8F39-4690-B513-98579D032992 | COMMITTED | 22250 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 71 | Rachael | Chats\Private | Incoming message | rachael_estep20 | Rachael | 12/21/2022 3:41:26 PM | 1:859937f7-f9a9-511b-bb23-e2b9ccdb7d1a:913:0:0 | COMMITTED | 22249 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 72 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/21/2022 3:41:14 PM | A955CA8C-A0A5-44D3-8DB0-28BC706C0DBF | COMMITTED | 22248 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 73 | Rachael | Chats\Private | Incoming message | rachael_estep20 | Rachael | 12/21/2022 3:40:53 PM | 1:859937f7-f9a9-511b-bb23-e2b9ccdb7d1a:911:0:0 | COMMITTED | 22247 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 74 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/21/2022 3:40:19 PM | 556907E0-3890-4B26-BC71-D137CB4A323C | COMMITTED | 22246 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 75 | Rachael | Chats\Private | Incoming message | rachael_estep20 | Rachael | 12/21/2022 3:39:26 PM | 1:859937f7-f9a9-511b-bb23-e2b9ccdb7d1a:909:0:0 | COMMITTED | 22245 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 76 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/21/2022 3:39:05 PM | 4FEB040B-6528-46AE-B039-745E18D7EF11 | COMMITTED | 22244 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 77 | Rachael | Chats\Private | Incoming message | rachael_estep20 | Rachael | 12/21/2022 3:37:07 PM | 1:859937f7-f9a9-511b-bb23-e2b9ccdb7d1a:907:0:0 | COMMITTED | 22243 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 78 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/21/2022 3:36:49 PM | F9D9FF5F-D709-4EC9-8155-B74FD3C76E61 | COMMITTED | 22242 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 79 | Rachael | Chats\Private | Incoming message | rachael_estep20 | Rachael | 12/21/2022 3:34:57 PM | 1:859937f7-f9a9-511b-bb23-e2b9ccdb7d1a:905:0:0 | COMMITTED | 22241 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 80 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/21/2022 3:34:42 PM | E9022A82-931C-41A1-8780-EA3354F58B53 | COMMITTED | 22240 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |

| # | Name | Folder | Direction | Username | Display | Timestamp | Content | Status | ID | Path |
|---|---|---|---|---|---|---|---|---|---|---|
| 81 | Rachael | Chats\Private | Incoming message | rachael_estep20 | Rachael | 12/21/2022 3:33:10 PM | 1:859937f7-f9a9-511b-bb23-e2b9ccdb7d1a:903:0:0 | COMMITTED | 22239 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 82 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/21/2022 3:32:48 PM | C49BBA49-6C62-49B8-B467-224A82FF3EDA | COMMITTED | 22238 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 83 | Rachael | Chats\Private | Incoming message | rachael_estep20 | Rachael | 12/21/2022 3:32:14 PM | 1:859937f7-f9a9-511b-bb23-e2b9ccdb7d1a:901:0:0 | COMMITTED | 22237 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 84 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/21/2022 3:31:51 PM | BBCAA2ED-FD17-4F0E-B5F3-D0AC199509CE | COMMITTED | 22236 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 85 | Rachael | Chats\Private | Incoming message | rachael_estep20 | Rachael | 12/21/2022 3:31:06 PM | 1:859937f7-f9a9-511b-bb23-e2b9ccdb7d1a:899:0:0 | COMMITTED | 22235 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 86 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/21/2022 3:31:01 PM | Girl | COMMITTED | 22234 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 87 | Rachael | Chats\Private | Incoming message | rachael_estep20 | Rachael | 12/21/2022 3:30:53 PM | 1:859937f7-f9a9-511b-bb23-e2b9ccdb7d1a:897:0:0 | COMMITTED | 22233 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 88 | Rachael | Chats\Private | Incoming message | rachael_estep20 | Rachael | 12/21/2022 3:29:39 PM | 1:859937f7-f9a9-511b-bb23-e2b9ccdb7d1a:895:0:0 | COMMITTED | 22231 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 89 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/21/2022 3:28:52 PM | 3B7E1D54-E217-4126-847B-8AAB70639739 | COMMITTED | 22230 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 90 | Rachael | Chats\Private | Incoming message | rachael_estep20 | Rachael | 12/21/2022 3:27:46 PM | 1:859937f7-f9a9-511b-bb23-e2b9ccdb7d1a:893:0:0 | COMMITTED | 22229 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 91 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/21/2022 3:26:46 PM | 10FF43E4-9D34-4045-BF13-EA4242288B61 | COMMITTED | 22228 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 92 | Rachael | Chats\Private | Incoming message | rachael_estep20 | Rachael | 12/21/2022 3:23:30 PM | 1:859937f7-f9a9-511b-bb23-e2b9ccdb7d1a:891:0:0 | COMMITTED | 22227 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 93 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/21/2022 3:21:33 PM | 842F8B57-EC60-4937-9195-F9024055935D | COMMITTED | 22226 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 94 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/21/2022 3:20:41 PM | 730CFC94-1F5B-46AD-93F6-3040386E99B3 | COMMITTED | 22225 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 95 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/21/2022 3:19:59 PM | 746AD4A1-7238-4168-A025-8C6AA9CDBD61 | COMMITTED | 22224 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 96 | Rachael | Chats\Private | Incoming message | rachael_estep20 | Rachael | 12/21/2022 3:17:07 PM | 1:859937f7-f9a9-511b-bb23-e2b9ccdb7d1a:887:0:0 | COMMITTED | 22223 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 97 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/21/2022 3:16:39 PM | 628744DB-FAA8-47F1-8B16-92B9DF24EC96 | COMMITTED | 22222 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 98 | Rachael | Chats\Private | Incoming message | rachael_estep20 | Rachael | 12/21/2022 3:13:30 PM | 1:859937f7-f9a9-511b-bb23-e2b9ccdb7d1a:885:0:0 | COMMITTED | 22221 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 99 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/21/2022 3:12:42 PM | D092520D-F73A-46FA-995D-BE6F39EAF389 | COMMITTED | 22220 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 100 | Rachael | Chats\Private | Incoming message | rachael_estep20 | Rachael | 12/21/2022 3:05:35 PM | 1:859937f7-f9a9-511b-bb23-e2b9ccdb7d1a:883:0:0 | COMMITTED | 22219 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 101 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/21/2022 3:05:07 PM | 62480E60-9468-4199-967E-F6EF62EAB3AF | COMMITTED | 22218 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 102 | Rachael | Chats\Private | Incoming message | rachael_estep20 | Rachael | 12/21/2022 3:02:14 PM | 1:859937f7-f9a9-511b-bb23-e2b9ccdb7d1a:881:0:0 | COMMITTED | 22217 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 103 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/21/2022 3:01:51 PM | A8613617-8E36-449F-8AF1-A318EBDA57B8 | COMMITTED | 22216 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 104 | Rachael | Chats\Private | Incoming message | rachael_estep20 | Rachael | 12/21/2022 2:57:59 PM | 1:859937f7-f9a9-511b-bb23-e2b9ccdb7d1a:879:0:0 | COMMITTED | 22215 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 105 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/21/2022 2:57:25 PM | FA05E845-1980-46D7-B115-4F9A5B644D16 | COMMITTED | 22214 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 106 | Rachael | Chats\Private | Incoming message | rachael_estep20 | Rachael | 12/21/2022 2:51:24 PM | 1:859937f7-f9a9-511b-bb23-e2b9ccdb7d1a:877:0:0 | COMMITTED | 22213 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 107 | Rachael | Chats\Private | Incoming message | rachael_estep20 | Rachael | 12/21/2022 2:51:00 PM | 1:859937f7-f9a9-511b-bb23-e2b9ccdb7d1a:876:0:0 | COMMITTED | 22212 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 108 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/21/2022 2:50:19 PM | 555A3EEC-7B1C-4F9E-9DD5-8F1C25CD71D5 | COMMITTED | 22211 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 109 | Rachael | Chats\Private | Incoming message | rachael_estep20 | Rachael | 12/21/2022 2:47:35 PM | 1:859937f7-f9a9-511b-bb23-e2b9ccdb7d1a:874:0:0 | COMMITTED | 22210 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 110 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/21/2022 2:47:00 PM | F12A48EA-DA1B-4BAB-AC95-493A7AE2157C | COMMITTED | 22209 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |

| # | Name | Folder | Type | Account | User | Time | Message ID | Status | Size | Path |
|---|---|---|---|---|---|---|---|---|---|---|
| 111 | Rachael | Chats\Private | Incoming message | rachael_estep20 | Rachael | 12/21/2022 2:43:30 PM | 1:859937f7-f9a9-511b-bb23-e2b9ccdb7d1a:872:0:0 | COMMITTED | 22208 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 112 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/21/2022 2:39:56 PM | 1CB02A8D-2288-4C06-8E4A-D2F5203F02D0 | COMMITTED | 22156 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 113 | Rachael | Chats\Private | Incoming message | rachael_estep20 | Rachael | 12/21/2022 12:45:22 PM | 1:859937f7-f9a9-511b-bb23-e2b9ccdb7d1a:870:0:0 | COMMITTED | 22154 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 114 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/20/2022 7:38:23 PM | MARKISNVA~370CDBB2-4FCB-41FA-8576-9EAAB2612513 | COMMITTED | 21696 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 115 | Rachael | Chats\Private | Incoming message | rachael_estep20 | Rachael | 12/20/2022 5:56:17 PM | 1:859937f7-f9a9-511b-bb23-e2b9ccdb7d1a:822:0:0 | COMMITTED | 21651 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 116 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/20/2022 5:54:58 PM | 5D7CB977-01B4-4126-B11F-328FF8ECE0C2 | COMMITTED | 21650 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 117 | Rachael | Chats\Private | Incoming message | rachael_estep20 | Rachael | 12/20/2022 5:51:15 PM | 1:859937f7-f9a9-511b-bb23-e2b9ccdb7d1a:820:0:0 | COMMITTED | 21649 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 118 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/20/2022 5:50:31 PM | 73FF3636-C5C6-410E-8DF8-851B22470997 | COMMITTED | 21648 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 119 | Rachael | Chats\Private | Incoming message | rachael_estep20 | Rachael | 12/20/2022 5:46:10 PM | 1:859937f7-f9a9-511b-bb23-e2b9ccdb7d1a:818:0:0 | COMMITTED | 21647 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 120 | Rachael | Chats\Private | Incoming message | rachael_estep20 | Rachael | 12/20/2022 5:08:20 PM | 1:859937f7-f9a9-511b-bb23-e2b9ccdb7d1a:810:0:0 | COMMITTED | 21639 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 121 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/20/2022 5:07:42 PM | B2C79625-A249-4C5D-B811-CE0E15B7C00E | COMMITTED | 21638 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 122 | Rachael | Chats\Private | Incoming message | rachael_estep20 | Rachael | 12/20/2022 5:04:06 PM | 1:859937f7-f9a9-511b-bb23-e2b9ccdb7d1a:808:0:0 | COMMITTED | 21637 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 123 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/20/2022 5:03:50 PM | E59462B9-4EDD-429B-B12A-0E3CD200F65F | COMMITTED | 21636 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 124 | Rachael | Chats\Private | Incoming message | rachael_estep20 | Rachael | 12/20/2022 4:26:17 PM | 1:859937f7-f9a9-511b-bb23-e2b9ccdb7d1a:800:0:0 | COMMITTED | 21579 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 125 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/13/2022 8:54:37 AM | 929BB957-208C-45C6-A4BD-A10F54383AD1 | COMMITTED | 18860 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 126 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/13/2022 8:53:47 AM | CAEBAE60-83AE-43F1-8FA2-2618DAA6B600 | COMMITTED | 18858 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 127 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/13/2022 8:52:32 AM | 8F5A1C2F-D6BA-4EB9-A13A-10F898906527 | COMMITTED | 18856 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 128 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/13/2022 8:51:19 AM | 53C4CAAE-C062-4240-A633-D49D16C5EAC5 | COMMITTED | 18854 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 129 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/12/2022 7:27:46 PM | MARKISNVA~BBC367B4-EE0E-4DCF-B340-D5F8ACF1EA86 | COMMITTED | 18648 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 130 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 12/11/2022 6:36:29 PM | MARKISNVA~A67AA09B-89A5-4757-A9FA-1ACB6A4E88E8 | COMMITTED | 17984 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 131 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 4/27/2022 5:47:09 PM | KO22zxTpKfF2nFdshD3cf | COMMITTED | 8973 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 132 | Rachael | Chats\Private | Incoming message | rachael_estep20 | Rachael | 4/27/2022 12:51:48 AM | DOdeP6p1eKhIyEPZARdPn | COMMITTED | 8972 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 133 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 4/26/2022 12:19:16 PM | fFdLKujswQ7cURoJckJGD | COMMITTED | 8971 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 134 | Rachael | Chats\Private | Incoming message | rachael_estep20 | Rachael | 4/26/2022 12:18:12 PM | 49DvmnfW6gc7aL7nzE5Ro | COMMITTED | 8970 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |
| 135 | Rachael | Chats\Private | Outgoing message | rachael_estep20 | Rachael | 4/26/2022 12:17:05 PM | rEE52zrwCnuwbo1xXqFTI | COMMITTED | 8969 | /private/var/mobile/Containers/Data/Application/E35A630055C767/Documents/user_scoped/f253092f64bb02bd1430cefbf6/arroyo/arroyo.db |