IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | 1:23-cr-146 (LMB) |
| MARK ALAN BLACK, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons stated in open court, it is hereby

ORDERED that the defendant's Motion to Revoke Detention Order [Dkt. No. 19] be and is DENIED, and the defendant remain in custody pursuant to the Order of Detention [Dkt. No. 18].

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 19th day of September, 2023.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge