Dear Judge Brinkema,

I am writing about my conduct and convictions. I am mortified and ashamed by my actions and the harm I caused to the children I and others interacted with on the internet. I am so very sorry for what I did. I hurt others. I also hurt my wife and my own children. I will not try to explain what I did. I did much good in my life, but I did this bad as well. I lost myself and wrecked my entire life and caused true harm to others. I fully accept responsibility for my actions and apologize for all I did.

Thank you.

Mark A. Black