Dear Judge Brinkema,

Mark Black is my youngest brother. I'm 9 years his senior. I would like to offer a small view into Mark and his journey through life. Mark's childhood was nothing short of abusive. Our maternal grandmother died when Mark was still in a crib. Her passing caused our mother to become very unstable, placing Mark in my room and having me care for him; I was ten years old. Our father began drinking heavily, likely because he couldn't cope with mom's instability. Dad became an alcoholic and became abusive. At one point when our parents were separating, our father held Mark hostage at gunpoint for two days trying to keep him away from our mother. These occurrences happened between Mark's first and fifth year of life.

When Mark was six, I moved out and he and mom were left in the home together. Mom was emotionally unstable, mentally void in her ability to raise a child. Mom went to work leaving Mark alone to fend for himself the majority of the time. Mom didn't like to be alone, so she started allowing teenage boys come over, enticing them by allowing them to party and keep her company. On a regular basis you would see these teenagers at the house drinking, consuming drugs and watching pornography. This activity was happening on a regular basis with Mark in the home and completely exposed. I left our mother's home when I was 17 years old, Mark was not able to leave; he then had no one to shelter him from the crazy that was his life; Mark was exposed to this lifestyle from the age of six to the age of thirteen. Our mother was not wealthy and Mark experienced times with very little in the way of proper meals, proper care, and what others would consider a proper upbringing. In today's world I can assure you that Mark would have been removed from our mother's home and placed in foster care, but back in that time the law didn't consider a child in danger unless there were obvious physical scars; and no one could see the emotional battle scars that Mark was to conceal.

Mark chose to deal with the cards he was given by becoming an overachiever. Mark excelled in primary school while attending a private catholic school that dad paid for him to attend. He kept his grades very solid and involved himself in sports to stay busy and out of the house as much as possible. When Mark was to graduate from grade to high school, our father came to the graduation. The plan was for Mark to go stay with dad during the summer before beginning high school. It was within a week of his graduation that I got a call. Dad is sick and Mark didn't want to stay with him because he is scared. We quickly found that Dad had terminal cancer. For Mark, even with the past events of dad's behaviors, Mark wanted to be with his father. Dad was hospitalized on May 28th, we were told he was terminal on June 2nd, and he died on June 15th. During that entire time Mark

stayed at our father's side every moment that he was allowed. He was trying to heal from the past and gain closure to move forward.

Mark started high school at Strake Jesuit College Preparatory within a month of our father's death. However less than a year into high school, Mom decided to pack up and move to Arizona. Mark was uprooted from everything and everyone he knew and basically had to reinvent his life at that time. Mark immersed himself in school and sports. Mom worked long hours, so again Mark was left to fend for himself. The group of teenagers and negative influences were no longer in the picture. Our father left only a $50k life insurance policy that I agreed Mark could use toward college if he chose to attend. Mark excelled through high school and managed to earn a scholarship.

I had very little contact with Mark once they moved away, but I was made aware of the big things, like Mark completing school and starting college, then excelling enough to be accepted at a university on the east coast. Mark, through his extreme focus and hard work, was finally able to escape all of the emotional drama and become his own man.

From all outward appearances, Mark was able to overcome all obstacles of the horrendous childhood and he was becoming a wonderful young man. Onlookers could see no demons. Mark came from an early childhood being raised by an unstable mother, an alcoholic father, living in a filthy house, basically being forced to raise himself from the age of five to twelve. He was exposed to drugs, alcohol, porn, losing his father, dealing with his mother's mental instability, and moving away from all other family by the age of thirteen. Mark always seemed to focus on school and find ways to rise above.

Mark completed his four year degree and was accepted into George Washington Law School... a huge achievement! Mark met the woman of his dreams, got married, and purchase their home in less than a year of marriage, He welcomed his first son after the first year of marriage. Mark worked hard and supported his family. When his first son was still an infant they found that his wife had Myasthenia Gravis. Mark jumped into high gear, taking care of his wife, his infant son, still managing his job at a law firm as a young attorney. No matter what was thrown his way, Mark has always been able to rise above and do whatever it took to overcome any adversity thrown his way. Mark and his wife welcomed a second son five years later. Looking at this family through the window, they were as perfect as a family could become.

As a husband of a wife from another country, Mark was always there to assist his wife's family financially. He made it a point to put his nuclear family first, and extend his good fortune to his wife's family. Mark was also there to help my children. He co-signed for my daughter's first auto loan. Mark assisted my son several times as he struggled with his early

adult decisions. Mark assisted our mom in getting a loan for her vehicle. For me, my family, and our mother, Mark became "the golden child." Mark was able to face problems head on. Mark became a well-respected man, Mark was what every parent dreamed their own child would become.

Last year our mother fell very ill. Mark was in the middle of a very high profile case with his job and honestly didn't have the time to deal with mom's issues. However as soon as I called him he jumped into action. He flew to Tennessee and met up with our oldest brother. They went to mom's house to find she was living in extremely unhealthy conditions. Mark & Mike had to immediately get mom out of the house and find an alternate place for her to stay. Mark was tasked with getting mom moved; she was living in a home with black mold and was struggling to even breathe. Less than a month later mom was admitted into the hospital and doctor's said she would likely not make it. Mark was assigned as POA and while managing a high profile case at work, he was in constant contact with the doctors, case managers, and siblings to try to best advocate for our mother; the woman that caused such trauma in his childhood. Mark didn't hold a grudge, she is mom and he is son and he was willing to literally go days with no sleep to complete his work, manage next steps for mom, and of course keep up with his children's activities getting them to and from sporting events and school functions.

As Mark's big sister, I can honestly say that my little brother had it all. Success, respect, High position as an attorney, the perfect family life with two very respectful boys that he loved more than life. Mark has always been the over achiever. His life story has been that rare success story from an extremely broken childhood to an extremely successful adult. Mark has always been the person that others turned to for help; financially, emotionally and as a confidant. Mark has, since the age of five, pushed all of his emotional scars as far back as he could so no one would ever know of his suffering. Since he and mom moved to Arizona after our father died, we don't live close to each other, and we both have very busy lives, so I unfortunately must admit I had no idea of Mark's personal demons. I do know that Mark seemed to have overcome so much. I didn't see the hidden scars. I didn't know all the suffering he endured after I left the house when he was only six. I did know he was exposed to the drugs and alcohol from the age of six to thirteen because I witnessed this when I would visit mom's house. I didn't see the pornography during my visits, I didn't know that he was being exposed to hard core porn from the age of six to thirteen. From the outside view I would have never know the demons that have haunted my little brother.

Mark committed a crime, and I believe as does he, that he must pay for that crime. I do not condone what my little brother did in any way. But I feel if he would have had a proper childhood, an upbringing, one that didn't expose him to such extreme chaos and that didn't

leave him to deal with life on his own since he was six, if he would have been told that it was acceptable to seek treatment to deal with the trauma he endured as such a young child, he would have made better choices. I understand what he did, and I also understand he stepped away from what he was doing long before the past caught up to him. I know he is now involved in counseling, something that my parents would have deemed as weak to even consider. Please, I understand Mark must pay his debt for his sins, but I would ask that you show some mercy and allow him to one day come out of prison to rebuild, to see his children and maybe even, if time permits, to see his big sister again before I pass. God bless you and thank you for your time.

**Melanie Ramos | Senior Living Advisor**

P: (770) 217-3878

E: Melanier@aplaceformom.com




About Us | Privacy Policy

A Place for Mom Inc., 120 Park Ave, Floor 25, New York, NY 10017

Aida Asmelash MD, MPH

11909 Seven Locks Rd.

Potomac, MD 20854

Phone: +1-443-317-7408

April 15, 2024

To whom it may concern,

My name is Aida Asmelash, and I live at 11909 Seven Locks Rd, Potomac, Maryland 20854. I am the director of medical research at Family Health International.

I met Mark Black 20 years ago, in 2004 when he and my cousin Hermon Berhane started dating. Since then, I have met Mark on many occasions. From 2004 to 2016, I worked internationally as an HIV researcher in Botswana, Southern Africa. I traveled to the United States multiple times in a year as part of my collaborative work with US researchers and organizations. On most of these occasions, I would visit Mark and Hermon, and I have stayed at their house as a guest a few times.

During all these times, Mark has graciously treated and hosted my family and me. I have always enjoyed discussing current events and books, and he would ask about my work and medical research advances. In May 2005, I came to the US for a week-long training at the National Institute of Health in Bethesda, MD. The cost of attendance would have been prohibitive if it had not been for Mark and Hermon agreeing to host me for a week. The knowledge and connections gained at the NIH were essential for the work and contributions my colleague and I made to the fight against HIV/AIDS. For his kindness, I am forever grateful. During all my interactions with him, I have found Mark Black to be a person with a strong sense of duty which applies to his family, job, and community, and has an impressive dedication to his sons and family. I have seen him come late from work, work travelers, and on top of that how supportive and encouraging he is to his two sons their education, and extracurricular activities. He seriously worked hard to ensure his sons grew up to be upstanding members of society.

It is my sincere hope that the court will consider this letter. Despite the current case I still believe Mark Black is a good person and I hope he will get a second chance to prove that he is a valuable member of society and a good human being. His young sons will need their father to continue to grow and develop to reach their potential as upstanding members of society.

Aida Asmelash

We are not only defined by our worst deeds. I met Mark in 1999. I was impressed with his intellect. I found him to have a wealth of knowledge. Knew right away where this little new country Eritrea was located and the back story. He treated me extremely well. He embraced my culture [and] even when my parents asked us to have our wedding in Eritrea, he didn't hesitate.

Mark has opened up to me about his childhood trauma. And how much he wanted a normal, peaceful life. He moved as far away and persued his education. Mark was an outstanding father that wanted to provide nothing but the best from for his kids before they were even born. He prepared our first born son's nursery, painting everything, assembling furniture, shopping for the safest baby gear there was. Read all "what to expect …." books cover to cover. Same thing when we were expecting our second child.

He was a dad that volunteered. Whether it was coaching, score keeping or officiating, he was always there to support and make his kids and teams experience memorable and meaningful.

He was the dad that would scrub the boys baseball pants grass stain. He would work to be an expert in whatever he would do. From gardening to handyman work around the house. Plumbing to electrical. There is nothing he would not do for his family.

His sons are devastated. He was their go to guy for everything; to joke or to talk current issues mostly sports. Emotionally and psychologically, to say they are hurt would be an enormous understatement. Mark's mission in life was to raise his children to be upstanding, well educated, well rounded and capable people.

They will miss him in many of their milestones, from our youngest son's confirmation and middle school graduation to older son's high school senior year, college application and upcoming graduation and 18th birthday. Their life as they knew was taken away from them suddenly. They face public humiliation and embarrassment. Their bright existence has been tarnished.

Nonetheless, Mark really was an excellent father and devoted every free hour of his time to either working to support our family, or working to help our children have better lives. I am writing this letter because although I do not expect to have much if any contact with Mark again, I believe it is important for my children to believe and hope that they will be able to see him again in the few years he may have after release. That they will be able to perhaps have him at a wedding or the birth of a child. I believe this hope is important to them and their development, and I beg you to consider and the generational impact of being able to know they can see their father again outside of prison at least for a few years before he passes.

Hermon Black

Michael Ziel
107 Boxwood ct.
Peachtree City, ga. 30269
Mziel09@att.net
661 609-6944

Dear Judge,

    I am writing this letter of support for my younger brother, Mark Allen Black. Mark has been an outstanding person throughout his life. He excelled through school and Married his college sweetheart. They have two outstanding sons who excels in academics and various sports. Mark is a very loving and supporting father who regularly attends his sons sporting events. He has been a great brother and is a good son to our mother. In January 2023 our mother was hospitalized with a lung illness. Mark took time off work to attend to her at the hospital and when we learned that her house had a mold issue he helped with getting her moved out of her house giving at least two weeks week of his time as well as final support to help her.

  Please consider that Mark has been a great family man and that his family has been devastated by the mistakes Mark has made that lead to this hearing. I understand the seriousness of his crime but also know that he realizes and regrets what he has done. Please be as lenient as possible with his sentencing so that he can reconnect with his family and put the rest of his life back together as soon as possible,

                                              Thank You,   Michael Ziel

My name is Sarah Hardy I'm a childhood friend of Melanie Ramos the older sister of Mark Black. We met when Mark was five. What I remember about their lives was there was nothing but chaos in that home. When they lived in Sugarland every thing seemed ok but when they moved into Houston things changed. The home became a party hang out for all of the teenaged boys in the area. Mark was exposed to things that no kid should ever be exposed too. Drugs, pornography, alcohol. Darlene was highly unstable and a very lonely. Their home was always in disarray and there was never any food In the home. As we grew up we grew apart but we always kept in touch remaining close friends to this day. I was kept in the loop about how Mark was doing and the direction his life was taking. Things were rough with the passing of their Father and the abrupt move to Arizona. Mark was able to rise above all the abuse and excel in school and become a strong successful husband and father. Although he's a grown man and accepting of his punishment no child should ever be subjected to what he was subjected too.